UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC NORDQUIST,
    Plaintiff,

vs.                                            Case No.: 3:20cv5799/MCR/EMT

DAVID MORGAN and
CHIP SIMMONS,
    Defendants.
_____/

## **ORDER**

The Chief Magistrate Judge issued a Report and Recommendation on September 17, 2021 (ECF No. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.    Plaintiff's § 1983 claims are **DISMISSED with prejudice**.

3. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and **DISMISSES** such claims **without prejudice.**

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 29th day of October 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**